## May 10, 1973.

Ex. No. 1313. STATE *v.* DAVID A. JEFFREY. Defendant's motion for release after judgment of conviction denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Berberian & Tanenbaum, Aram K. Berberian,* for defendant.

## May 14, 1973.

APPEAL No. 326. EDMOND C. LINCOURT *et ux. v.* JOHN A. L. McCALL III. Appellants, Edmond C. Lincourt and Beverly Lincourt, having filed a motion to withdraw their appeal, and appellee, having joined in said motion to withdraw said appeal and having no objection thereto, ORDERED that the motion of appellants to withdraw their appeal is granted and the papers be returned forthwith to the Superior Court. Joslin, J., not participating. *Aram K. Berberian,* for appellants. *William J. McGair,* for appellee.

## May 18, 1973.

M. P. No. 73-79. PILGRIM LAND DEVELOPERS, INC. *v.* ANTHONY SANTILLI *et al.* Petitioner's motion to consolidate instant matter with *Pilgrim Land Developers, Inc.* v. *Santilli,* No. 73-76-A., is granted as prayed. Joslin, J., not participating. *Adler, Pollock & Sheehan Incorporated, John F. Bomster,* for petitioner. *G. John Gazerro, Jr.,* for intervenors; *John S. Brunero,* Town Solicitor, for respondents.